# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| MONICA MCGAULEY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-122 |
| v. | |
| NATIONAL CREDIT SYSTEMS, INC.; and FOGELMAN PROPERTIES, | |
| Defendants. | |

## O R D E R

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed by Plaintiff and signed and filed by counsel for Defendants, in which the parties stipulate to the dismissal of this matter with prejudice, with each party to bear its own attorneys' fees, costs and expenses.  (Doc. 12.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.[1]

**SO ORDERED**, this 28th day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is **DIRECTED** to **TERMINATE as moot** a pending prior version of the Joint Stipulation of Dismissal with Prejudice, which was signed on behalf of Plaintiff by an attorney who was not admitted to practice in this Court.  (Doc. 10; see also doc. 11 (Notice of Filing Deficiency alerting parties to the issue and notifying them that they were required to file a corrected version of the Joint Stipulation).)